IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. JACKSON,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN, Warden,<br><br>　　　　　　　　　　　Respondent. | CIV S-05-0081 FCD KJM P<br><br>**ORDER** |

　　　　This Court hereby grants Respondent's request for an enlargement of time by thirty (30) additional days. Respondent shall file a responsive brief on or before August 22, 2005.

IT IS SO ORDERED:

Dated: July 26, 2005.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE