IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT H. JACKSON,

        Petitioner,                       No. CIV S-05-0081 FCD KJM P

    vs.

SCOTT KERNAN, Warden,

        Respondent.               <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve objections to the March 17, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's motion for an extension of time (Docket No. 19) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the March 17, 2008 findings and recommendations.

DATED: April 24, 2008.

                                              U.S. MAGISTRATE JUDGE

1/mp  
jack0081.111