IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT H. JACKSON,

       Petitioner,                    No. CIV S-05-0081 FCD KJM P

   vs.

SCOTT KERNAN, Warden,

       Respondent.                 ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On March 17, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. On April 25, 2008, petitioner was granted an additional thirty days in which to file objections. No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed March 17, 2008, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

DATED: June 23, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE